IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LINDA GILCHRIST,
JACKIE VALENTINE,
JOANNE ZIPPERER,

    Plaintiffs,

v.                                    CASE NO. 1:00-cv-00066-MP-AK

ALLSTATE INSURANCE COMPANY,
GOVERNMENT EMPLOYEES INSURANCE COMPANY,
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 263, Mandate of the United States Court of Appeal for the Eleventh Circuit dismissing Defendants' appeal for lack of jurisdiction and directing this Court to dismiss this case.  Following receipt of the appellate mandate, this Court held a telephone conference at which each party was represented.  Counsel for Plaintiffs and Defendants agreed that this Court should dismiss the current action.  Plaintiffs orally moved for leave to file an amended complaint.  Due to the appellate court finding that this Court lacks jurisdiction over this matter, Plaintiffs' Motion for Leave to File an Amended Complaint is denied.

    **ORDERED AND ADJUDGED:**

    1.    This cause is DISMISSED for lack of jurisdiction.

    2.    Plaintiffs' oral Motion for Leave to File an Amended Complaint is DENIED.

3.     The clerk is directed to close this case.

**DONE AND ORDERED** this <u>*19th*</u> day of May, 2005.

<u>*s/Maurice M. Paul*</u><br>Maurice M. Paul, Senior District Judge